UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cherise C. Lachapelle, et al.

CIVIL 00-2184 PAM/JGL

Plaintiff,

v.

Mall of America Company,
et al.

Defendants.

---

**ORDER OF DISQUALIFICATION AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights list of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: September 29, 2000

**PAUL A. MAGNUSON,** Chief Judge
United States District Court

SEP 29 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to an Order of Recusal, this case is reassigned to Judge David S. Doty and Magistrate Judge John M. Mason.

NEW CASE NUMBER 00-2184 DSD/JMM

Use this case number for all further filings.