UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHERISE C. LACHAPELLE, AHMAD C. LACHAPELLE and JAMAL R. LACHAPELLE,

CIVIL NO. 00-2184 (DSD/JMM)

Plaintiffs,

v.

ORDER

MALL OF AMERICA COMPANY; MALL OF AMERICA ASSOCIATES; JV MINNESOTA ONE; MOAC LIMITED PARTNERSHIP; TRIPLE FIVE OF MINNESOTA INC.; SI-MINN DEVELOPERS LTD. PARTNERSHIP; SI-MINN, INC.; SIMON DEBARTOLO GROUP; UNNAMED MALL OF AMERICA CORPORATION X; MALL OF AMERICA SECURITY; CULLEN C. MCHARG; CHRISTOPHER FROULA; EVAN SMITH; STEVE JAWORSKI; OFFICER CLEMONS; OFFICER OKERBERG; OFFICER PLANTE; JOHN DOES, acting as Mall of America security personnel; VENATOR GROUP RETAIL, INC., d/b/a Champs Sports; and JOHN ROE, Managers, and several John Roes of Champs Sports,

Defendants.

The above matter came on for hearing before the undersigned on July 9, 2001 upon Defendant Venator Group's Motion to Compel Discovery [Docket No. 10]. Stephen Cooper, Esq. appeared on behalf of Plaintiffs; Susan Fitzke, Esq. appeared on behalf of Defendant Venator Group; John Brendel, Esq. appeared on behalf other Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

FILED JUL 0 9 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

IT IS HEREBY ORDERED that Defendant's Motion to Compel Discovery [Docket No. 10] is granted insofar as it seeks authorization to receive medical records concerning Plaintiffs' pre-existing injuries, and is denied without prejudice in all other respects.

Dated: July 9, 2001

JOHN M. MASON
United States Magistrate Judge