**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Case No.: 00-CV-2184 (DSD/JMM)

Cherise C. LaChapelle,
Ahmad C. LaChapelle, and
Jamal R. LaChapelle,

Plaintiffs,

vs.

Mall of America Company, Mall of America Associates; JV Minnesota One; MOAC Limited Partnership; Triple Five of Minnesota, Inc,; SI-Minn Developers, Limited Partnership; SI-Minn, Inc.; Simon DeBartolo Group d/b/a Simon Mall of America Management; Unnamed Mall of America Corporation X; Mall of America Security and Cullan C. McHarg, Christopher Froula, Evan Smith, Steve Jaworski, Officer Clemons, Officer Okerberg, and Officer Plante, and several John Does, acting as Mall of America security personnel; Venator Group Retail, Inc., a New York corporation, d/b/a Champs Sports; and Manager John Roe and several John Does of Champs Sports,

Defendants.

**STIPULATION AND ORDER**

RECEIVED
BY MAIL
MAR 15 2002
CLERK US DIST COURT
ST. PAUL, MN

The above-captioned parties, through their undersigned counsel, hereby stipulate and agree as follows:

1. That Plaintiffs' Complaint alleges economic losses have been sustained or will be sustained as the result of the Defendants' conduct.

2. That Plaintiffs' Complaint alleges treble damages are due for the conduct of the Defendants associated with the Mall of America.

3. That Plaintiffs' Complaint alleges punitive damages are due for the conduct of the Defendants associated with the Mall of America.

FILED 3-19-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

4. That Plaintiffs' Complaint alleges damages are due from Mall of America Company, Mall of America Associates; JV Minnesota One; MOAC Limited Partnership; Triple Five of Minnesota, Inc,; SI-Minn Developers, Limited Partnership; SI-Minn, Inc.; Simon DeBartolo Group d/b/a Simon Mall of America Management; Unnamed Mall of America Corporation X; Mall of America Security (hereinafter collectively referred to as "MOA affiliate Defendants") for the conduct of the Defendants associated with the Mall of America.

5. That Plaintiffs' Complaint alleges damages are due from Cullan C. McHarg, Christopher Froula, Evan Smith, Steve Jaworski, Officer Clemons, Officer Okerberg, and Officer Plante, and several John Does, acting as Mall of America security personnel; for the conduct of the Defendants associated with the Mall of America.

**WHEREFORE**, the above captioned parties hereby stipulate and agree that:

1. Plaintiffs' Complaint will be amended to reflect that the only Mall of America associated Defendant will be "Mall of America Company, a Minnesota General Partnership". The basis for this revision to the named parties is predicated on the following:

a. That the "MOA affiliate Defendants" affirmatively represent that the proper entity Defendant is "Mall of America Company, a Minnesota General Partnership", and that said entity has sufficient assets to satisfy any award or judgment made relative to the above-captioned matter.

b. That as a condition of this Stipulation and Agreement, the "MOA affiliate Defendants" agree that no claim will be made by "Mall of America Company, a Minnesota General Partnership", or any other Mall affiliated entity or individual, that the "MOA affiliate Defendants" are in any way responsible for the matters raised in Plaintiffs' Complaint.

c. That the "MOA affiliate Defendants" dismissed through this Order may be re-joined to this action in the event of a judgment in favor of Plaintiffs should said judgment become final, not be appealed, and not paid in full within 60 days following expiration of any appellate rights of the remaining Defendants in the above-referenced matter.

d. That the "MOA affiliate Defendants" dismissed herein may be re-joined to this matter on motion of Plaintiffs, as the "MOA affiliate Defendants" dismissed herein waive any objection to such a motion as a condition of this Stipulation and Order.

2. Plaintiffs' Complaint will be amended to eliminate as named Defendants, Cullan C. McHarg, Christopher Froula, Evan Smith, Steve Jaworski, Officer Clemons, Officer Okerberg, and Officer Plante, and several John Does, acting as Mall of America security personnel, as these individuals are hereby considered dismissed with prejudice;

3. Plaintiffs' Complaint will be amended to eliminate the claims for economic losses and treble damages, and these claims are hereby considered dismissed with prejudice;

4. Plaintiffs' Complaint will be amended to eliminate reference to any claim for punitive damages, and this claim will be considered dismissed without prejudice.

5. The motion for summary judgment served by the "Mall of America affiliate Defendants" is hereby withdrawn.

Dated: 12/11/01, 2001.

**THE COOPER LAW FIRM, CHARTERED**

[signature]

Stephen W. Cooper (#18788)
Stacey R. Everson (#219277)
800 Ceresota Building
155 Fifth Avenue South
Minneapolis, MN 55401
Telephone: (612) 338-3533
*Attorney for Plaintiffs*

Dated: March 13, 2001.

**BRENDEL AND ZINN, LTD.**

[signature]

John P. Brendel (#208486)
Burke J. Ellingson (#249294)
46 East Fourth Street, Suite 804
St. Paul, MN 55101
Telephone: (651) 224-4959
*Attorney for Defendants Mall of America Company; Mall of America Associates; JV Minnesota One; MOAC Limited Partnership; Triple Five of Minnesota, Inc.; SI-Minn Developers, Limited Partnership; SI-Minn, Inc.; Simon DeBartolo Group d/b/a Simon Mall of America Management; Unnamed Mall of America Corporation X; Mall of America Security and Cullan C. McHarg; Christopher Froula; Evan Smith; Steve Jaworski; Officer Clemons; Officer Okerberg; and Officer Plante; and several John Does, acting as Mall of America security personnel*

Dated: 12/14, 2001

Susan K. Fitzke

Kenneth W. Dodge (#2319X)
Susan K. Fitzke (#294032)
Meagher & Geer, P.L.L.P
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612)338-0661

*Attorneys for Defendant Venator Group Retail, Inc.*

**ORDER**

Pursuant to the foregoing Stipulation of the parties, it is hereby ordered that:

1. Defendants Mall of America Associates, JV Minnesota One, MOAC Limited Partnership, Triple Five of Minnesota, Inc, SI-Minn Developers, Limited Partnership, SI-Minn, Inc., Simon DeBartolo Group d/b/a Simon Mall of America Management, Unnamed Mall of America Corporation X (collectively referred to as "MOA affiliate Defendants" above) are dismissed without prejudice.

2. Defendants Cullan C. McHarg, Cristopher Froula, Evan Smith, Steve Jaworski, Officer Clemons, Officer Okerberg, and Officer Plante, and several John Does, acting as Mall of America security personnel, are hereby dismissed with prejudice.

3. Plaintiffs' claims for any and all economic and treble damages are hereby dismissed with prejudice.

4. Plaintiffs are granted leave to serve an Amended Complaint on Mall of America Company, a Minnesota General Partnership, and Venator Group Retail Inc., a New York Corporation, d/b/a Champs Sports, and Manager John Roe and several John Does of Champs Sports.

Dated: March 18, 2002

[signature] for David S. Doty
Judge of U.S. District Court