UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHERISE C. LACHAPELLE, AHMAD C. LACHAPELLE and JAMAL R. LACHAPELLE,

CIVIL NO. 00-2184 (DSD/JMM)

Plaintiffs,

v.

ORDER

MALL OF AMERICA COMPANY

Defendant.

The above matter came on for hearing before the undersigned on April 29, 2002, upon Defendant Mall of America's Expedited Motion to Quash Deposition [Docket No. 40]. Stephen Cooper, Esq. appeared on behalf of Plaintiffs; John Brendel, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Expedited Motion to Quash Deposition [Docket No. 40] is denied for the reasons placed on the record.

Dated: April 29, 2002

JOHN M. MASON
United States Magistrate Judge

APR 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK