UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 00-CV-2184 (DSD/JMM)

Cherise C. LaChapelle,
Ahmad C. LaChapelle, and
Jamal R. LaChapelle,

Plaintiffs,

vs.

Mall of America Company, A Minnesota General Partnership,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, the above-named parties, and by and through their respective counsel of record, do hereby stipulate that the above-captioned matter may be dismissed, on the merits, in all things, with prejudice, and without costs to any party.

Dated: Dec 24, 2002

**THE COOPER LAW FIRM, CHARTERED**

Stephen W. Cooper #18788
Stacey R. Everson #219277
800 Ceresota Building
155 5th Avenue South
Minneapolis, MN 55401-2526
Telephone: (612) 337-5660
***Attorneys for Plaintiffs***

Dated: January 16, 2003

**BRENDEL AND ZINN, LTD.**

J P Brendel

John P. Brendel #208486
8519 Eagle Point Boulevard
Suite 110
Lake Elmo, MN 55042
Telephone: (651) 224-4959
***Attorneys for Defendant***



FILED 1-21-03
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the above and foregoing Stipulation, it is hereby **ORDERED** that the above-captioned matter is dismissed, on the merits, in all things, with prejudice and without costs to any party.

**BY THE COURT:**

Dated: 1/21/03

Judge of U.S. District Court